1  PHILLIP A. TALBERT
   United States Attorney
2  PHILIP A. SCARBOROUGH (SBN 254934)
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5  Philip.Scarborough@usdoj.gov

6  Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ALICIA TRAVIS, et al., | CASE NO. 1:22-CV-00662-NODJ-SKO |
|---|---|
| Plaintiffs, | ORDER MODIFYING SCHEDULING ORDER |
| v. | (Doc. 25) |
| CHANDRASEKAR VENUGOPAL, M.D., et al., | Judge:  Hon. Sheila K. Oberto |
| Defendants. | |

Plaintiffs Alicia Travis and Otha Travis III (together, "Plaintiffs"), defendant the United States, defendant Chandrasekar Venugopal, and defendant Fresno Community Hospital and Medical Center dba Community Regional Medical Center (erroneously named herein as Community Hospitals of Central California) jointly request that the Court modify the scheduling order entered on May 4, 2023, *see* Dkt. 23, to provide approximately three additional months to complete fact discovery and to adjust other deadlines accordingly. Good cause appearing, the request is GRANTED.

The Scheduling Order is MODIFIED as follows:

| | |
|---|---|
| Non-Expert Discovery Deadline: | April 11, 2024 |
| Expert Disclosures: | May 15, 2024 |
| Rebuttal Expert Disclosures: | June 19, 2024 |
| Expert Discovery Deadline: | July 24, 2024 |
| Non-Dispositive Motion Filing Deadline: | August 20, 2024 |

ORDER            1

| | |
|---|---|
| Non-Dispositive Motion Hearing Deadline: | September 25, 2024 |
| Dispositive Motion Filing Deadline: | August 27, 2024 |
| Dispositive Motion Hearing Deadline: | October 2, 2024 |
| Deadline to Provide Proposed Settlement Conference Dates: | December 5, 2024 |
| Pre-Trial Conference: | March 3, 2025[1] |
| Trial: | May 5, 2025 |

IT IS SO ORDERED.

Dated:  **December 6, 2023**              /s/ *Sheila K. Oberto*
                                                            UNITED STATES MAGISTRATE JUDGE

---

[1] Although the parties requested that the settlement, pre-trial conference, and trial dates remain as set, the Court *sua sponte* continues those dates to allow the to-be-assigned district judge time to adjudicate dipositive motions in advance of the pre-trial conference and to give the parties adequate time to prepare for trial.