1  Karen J. Ray #272070
   WHITE | CANEPA LLP
2  7690 North Palm Avenue, Suite 105
   Fresno, California 93711
3  Telephone: (559) 439-0800
   Facsimile: (559) 439-0802
4  kray@whitecanepa.com

5  Attorneys for Defendant FRESNO COMMUNITY HOSPITAL AND
   MEDICAL CENTER dba COMMUNITY REGIONAL MEDICAL CENTER
6  (erroneously sued herein as Community Hospitals of Central California)

7

8                        UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11 | ALICIA TRAVIS and OTHA TRAVIS III,    | CASE No. 1:22-cv-00662-KJM-SKO
12 |              Plaintiffs,               |
13 |        v.                             | **ORDER RE: STIPULATION TO MODIFY CASE SCHEDULE**
14 | CHANDRASEKAR VENUGOPAL, MD; et        | (Doc. 32)
15 | al.,                                  |
16 |              Defendants.              | Action Filed:  June 2, 2022
17 |                                       | Trial Date:  May 5, 2025

18

19         Plaintiffs Alicia Travis and Otha Travis III (together, "Plaintiffs"), Defendant Fresno

20 Community Hospital and Medical Center dba Community Regional Medical Center (erroneously

   named herein as Community Hospitals of Central California), Defendant Chandrasekar Venugopal,
21
   M.D., and Defendant United States jointly request that the Court modify the case scheduling order
22
   entered on December 6, 2023 (Doc. 26) to provide two additional months to complete fact discovery
23
   and to adjust other deadlines accordingly.  (Doc. 32.)  Good cause appearing (see Fed. R. Civ. P.
24
   16(b)(4)), the request is GRANTED.
25
         The case schedule (Doc. 26) is MODIFIED as follows:
26
         Non-Expert Discovery Deadline:                    June 13, 2024
27
         Expert Disclosures:                               July 17, 2024
28

---

ORDER

| | |
|---|---|
| 1      Rebuttal Expert Disclosures: | August 22, 2024 |
| 2      Expert Discovery Deadline: | September 24, 2024 |
| 3      Non-Dispositive Motion Filing Deadline: | October 21, 2024 |
| 4      Non-Dispositive Motion Hearing Deadline: | November 27, 2024[1] |
| 5      Dispositive Motion Filing Deadline: | October 28, 2024 |
| 6      Dispositive Motion Hearing Deadline: | December 2, 2024 |

7      All other dates remain AS SET in the Court's case scheduling order.  (*See* Doc. 26.)

8
9   IT IS SO ORDERED.

10   Dated:  __**April 3, 2024**__            __/s/ *Sheila K. Oberto*__

                                       UNITED STATES MAGISTRATE JUDGE

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

---

[1] Magistrate Judge Oberto conducts law and motion hearings on Wednesdays at 9:30 am.  The date has been continued accordingly.

28

ORDER