UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA TRAVIS and OTHA TRAVIS, III,<br><br>Plaintiff(s),<br><br>v.<br><br>RYAN JOHNSON, DO; CHANDRASEKAR VENUGOPAL, MD; COMMUNITY HOSPITALS OF CENTRAL CALIFORNIA,<br>and DOES 1 through 20, inclusive,<br><br>Defendant(s). | No. 1:22-cv-662 KJM-SKO<br><br>ORDER DIRECTING CLERK TO TERMINATE DEFENDANT CHANDRASEKAR VENUGOPAL<br><br>(Doc. 35) |

On July 14, 2024, the parties filed a joint stipulation dismissing the action with prejudice (Doc. 35) as to Defendant Chandrasekar Venugopal. In relevant part, Rule 41(a)(1)(A) provides as follows:

> [A] plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A). "The plaintiff may dismiss some or all of the defendants, or some or all of [their] claims, through a Rule 41(a)(1) notice," and the dismissal "automatically terminates the action as to the defendants who are the subjects of the notice." *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

Because the parties filed a stipulation of dismissal with prejudice under Rule 41(a), this case has automatically terminated as to Defendant Chandrasekar Venugopal. Fed. R. Civ. P.

41(a)(1)(A).  Accordingly, the Clerk of Court is directed to TERMINATE Defendant Chandrasekar Venugopal.  This case shall remain OPEN pending resolution of Plaintiffs' case against the remaining defendants.

IT IS SO ORDERED.

Dated:     **July 16, 2024**                                    /s/ *Sheila K. Oberto*                  
                                                              UNITED STATES MAGISTRATE JUDGE