PHILLIP A. TALBERT
United States Attorney
Rachel R. Davidson
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ALICIA TRAVIS, et al., | CASE NO. 1:22-CV-00662-KLM-SKO |
|---|---|
| Plaintiffs, | ORDER RE STIPULATION TO EXTEND EXPERT DEADLINES |
| v. | |
| CHANDRASEKAR VENUGOPAL, M.D., et al., | |
| Defendants. | |

Defendant the United States, Defendant Fresno Community Hospital and Medical Center dba Community Regional Medical Center (erroneously named herein as Community Hospitals of Central California) and Plaintiffs Alicia Travis and Otha Travis III, have stipulated and respectfully request that the Court allow the parties to extend their expert rebuttal and expert discovery deadlines as follows:

| **Current Deadlines** | **New Deadlines** |
|---|---|
| Expert Rebuttal Deadline: August 22, 2024 | September 24, 2024 |
| Expert Discovery Deadline: September 24, 2023 | October 21, 2024 |

Good cause for the requested modification exists for the following reasons. This case was recently reassigned to the undersigned Assistant United States Attorney after the departure of AUSA Phillip Scarborough. Due to counsel for United States' heavy case load, staffing shortages in US Attorney's Civil Division, unexpected expert travel and summer child-care challenges, counsel for the United States respectfully requests this modest extension. The parties agree that no other dates are impacted by this extension.

ORDER RE STIPULATION TO EXTEND EXPERT DEADLINES     1

Respectfully submitted,

Dated: July 23, 2024

By:
PHILLIP A. TALBERT
United States Attorney
*/s/ Rachel R. Davidson*
Rachel R. Davidson
Assistant United States Attorney
Attorneys for the United States

Dated: July 23, 2024

By:
LAW OFFICE OF JEREMY M. DOBBINS
*/s/Jeremy M. Dobbins (Authorized 7/22/24*
JEREMY M. DOBBINS, ESQ.
Attorneys for Plaintiffs Alicia Travis and Otha Travis, III

Dated: July 23, 2024

By:
WHITE CANEPA LLC
*/s/Karen J. Ray (Authorized 7/22//24*
KAREN JEAN RAY, ESQ.
Attorneys for Defendant Fresno Community Hospital and Medical Center dba Community Regional Medical Center

## **ORDER**

Pursuant to the parties' stipulation (Doc. 37), and good cause appearing, the Court hereby orders the following extension to the parties' expert deadlines:

| **Current Deadlines** | **New Deadlines** |
|---|---|
| Expert Rebuttal Deadline:  August 22, 2024 | September 24, 2024 |
| Expert Discovery Deadline:  September 24, 2023 | October 21, 2024 |

All other dates remain as set in the Court's case scheduling order. (*See* Doc. 26.)

IT IS SO ORDERED.

Dated:   **July 25, 2024**          */s/ Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE

ORDER RE STIPULATION TO EXTEND EXPERT DEADLINES

2