Karen J. Ray #272070
WHITE | CANEPA LLP
7690 North Palm Avenue, Suite 105
Fresno, California 93711
Telephone: (559) 439-0800
Facsimile: (559) 439-0802
kray@whitecanepa.com

Attorneys for Defendant FRESNO COMMUNITY HOSPITAL AND MEDICAL CENTER dba COMMUNITY REGIONAL MEDICAL CENTER (erroneously sued herein as Community Hospitals of Central California)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA TRAVIS; OTHA TRAVIS III,<br><br>    Plaintiffs,<br><br>    v.<br><br>RYAN JOHNSON, DO; CHANDRASEKAR VENUGOPAL, MD; COMMUNITY HOSPITALS OF CENTRAL CALIFORNIA,<br><br>    Defendants. | CASE No. 1:22-cv-00662-KJM-SKO<br><br>**ORDER ON STIPULATION FOR GOOD FAITH SETTLEMENT PURSUANT TO CODE OF CIVIL PROCEDURE SECTIONS 877.6 AND 877(b)**<br><br>Action Filed: June 2, 2022<br>Trial Date: May 5, 2025 |

Based on the Stipulation of the parties, and good cause appearing therefor, the Court hereby finds that the settlement between Plaintiffs Alicia Travis and Otha Travis III and Defendant Fresno Community Hospital and Medical Center dba Community Regional Medical Center is in good faith within the meaning of California Code of Civil Procedure sections 877.6 and 877(b).

IT IS SO ORDERED.

Dated: August 23, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE

/ 4443.3176

ORDER ON STIPULATION FOR GOOD FAITH SETTLMENT