1
2
3
4
5
6
7

8

UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | ALICIA TRAVIS, et al.,

No.  1:22-cv-00662-DC-SKO

12 |      Plaintiffs,

13 |      v.

ORDER DIRECTING THE CLERK TO
TERMINATE DEFENDANT COMMUNITY
HOSPITALS OF CENTRAL CALIFORNIA

14

15 | COMMUNITY HOSPITALS OF
CENTRAL CALIFORNIA, et al.,

(Doc. 44)

16

17 |      Defendants.

18

19      On October 30, 2024, the parties filed a "Notice of Voluntary Dismissal Pursuant to Fed.

20 | R. Civil P.41(a)(1); Stipulation of All Parties" as to Defendant Community Hospitals of Central

21 | California, pursuant to Federal Rule of Civil Procedure 41(a).  (Doc. 44.)

22      In relevant part, Rule 41(a)(1)(A) provides as follows:

23      [A] plaintiff may dismiss an action without a court order by filing: (i) a notice of
        dismissal before the opposing party serves either an answer or a motion for
24      summary judgment; or (ii) a stipulation of dismissal signed by all parties who have
        appeared.
25

26 | Fed. R. Civ. P. 41(a)(1)(A).  "The plaintiff may dismiss some or all of the defendants, or some or

27 | all of his claims, through a Rule 41(a)(1) notice," and the dismissal "automatically terminates the

28

action as to the defendants who are the subjects of the notice." *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

Because the parties filed a stipulation of dismissal with prejudice under Rule 41(a), this case has automatically terminated as to Defendant Community Hospitals of Central California.  Fed. R. Civ. P. 41(a)(1)(A).   Accordingly, the Clerk of Court is directed to TERMINATE Defendant Community Hospitals of Central California.

This case shall remain OPEN pending resolution of Plaintiffs' case against the remaining defendant.

IT IS SO ORDERED.

Dated:   **October 31, 2024**                             */s/ Sheila K. Oberto*
                                                            UNITED STATES MAGISTRATE JUDGE